

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

FEB 1 2006

James B. Vasile
Davis Wright Tremaine LLP
1500 K Street, NW, Suite 450
Washington, DC 20005

Dear Mr. Vasile:

This is in response to your letter of December 19, 2005, submitting on behalf of the
Public Utility District No. 1 of Pend Oreille County (District) a request for hearing and
proposed alternative conditions and prescriptions in regard to the Box Canyon
Hydroelectric Project (FERC No. 2042). According to 43 C.F.R. § 45.1(d), the
Department's regulations governing requests for hearings and submissions of alternatives
apply only to license proceedings in which the Federal Energy Regulatory Commission
(Commission) had not issued a license as of November 17, 2005, the day the regulations
were published in the Federal Register. As you are aware, the Commission issued a
license for the Box Canyon project on July 11, 2005, more than four months before the
regulations were published. Accordingly, the regulations are not applicable to the Box
Canyon license proceeding, and the District's request for hearing and proposed
alternatives are rejected.

Sincerely,

Mary Josie Blanchard

for Willie R. Taylor,
Director, Office of Environmental
Policy and Compliance

cc: Glen Nenema, Chairman, Kalispel Tribe of Indians
    Brett Swift, Deputy Director, American Rivers