CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Public Utility District No. 1 of Pend Oreille County, Washington )))) | |
|               Plaintiff ) vs ) ) | Civil Action No._____ |
| United States Department of the Interior )))) | |
|               Defendant ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PUD No. 1 of Pend Oreille County, WA__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PUD No. 1 of Pend Oreille County, WA__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature: James B Vasile]*
Signature

__205591__
BAR IDENTIFICATION NO.

__James B. Vasile__
Print Name

__1500 K Street, N.W., Suite 450__
Address

__Washington, D.C.__     __20005__
City     State     Zip Code

__(202) 508-6600__
Phone Number