AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 5, 2006 |
| NAME OF SERVER *(PRINT)* James B. Vasile | TITLE Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served United States via certified mail pursuant to Fed. R. Civ. P. 4(i). Attorney General of United States served 03/09/06; U.S. Attorney for District of Columbia served 03/09/06; DOI served 03/24/06.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/05/06
                    Date

*Signature of Server*

Davis Wright Tremaine LLP
1500 K Street, NW  Suite 450
Washington, D.C.  20005-1272

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of the Interior
Room 6352 - Solicitor
1849 C Street, NW
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jennifer Byrd
C. Date of Delivery: 3/2/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    Civil Division
    US Attorney for D.C.
    4th Floor
    501 3rd Street NW
    Washington DC 20530

2. Article Number
    *(Transfer from service label)*

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
   [signature]                      MAR 0 9 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the U.S.
Dept. of Justice
Room B-103
950 Pennsylvania NW
Washington DC 20530

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 0 9 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Public Utility District No. 1 of Pend Oreille
County, Washington
P.O. Box 190
Newport, WA  99156-0190

V.

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00365

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 03/■/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Civil Division
United States Attorney for the District of Columbia
4th Floor
501 3rd Street, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Vasile (Bar No. 205591)
DAVIS WRIGHT TREMAINE, LLP
1500 K Street, N.W., Suite 450
Washington, D.C.  20005
(202) 508-6600 (telephone)
(202) 508-6699 (facsimile)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                        MAR - 1 2006

CLERK                                              DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Public Utility District No. 1 of Pend Oreille
County, Washington
P.O. Box 190
Newport, WA  99156-0190

V.

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00365

JUDGE: Rosemary M. Collyer

CAS

DECK TYPE: Administrative Agency Rev.

DATE STAMP: 03/█/2006

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Vasile (Bar No. 205591)
DAVIS WRIGHT TREMAINE, LLP
1500 K Street, N.W., Suite 450
Washington, D.C.  20005
(202) 508-6600 (telephone)
(202) 508-6699 (facsimile)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_(signature)_
(By) DEPUTY CLERK

MAR - 1 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Public Utility District No. 1 of Pend Oreille
County, Washington
P.O. Box 190
Newport, WA 99156-0190

          V.

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 365 - RMC

TO: (Name and address of Defendant)

United States Department of the Interior
Room 6352
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Vasile (Bar No. 205591)
DAVIS WRIGHT TREMAINE, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005
(202) 508-6600 (telephone)
(202) 508-6699 (facsimile)

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        3/10/2006

CLERK                                                 DATE

(By) DEPUTY CLERK