IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, )<br><br>Defendants, ) | Case No. 1:06cv00365 RMC |

[proposed] Order

Presently pending before the Court is defendant's *Motion to Dismiss and Supporting Memorandum*, Intervenor-Applicant Kalispel Indian Tribe's *Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction*, Plaintiff's opposition, as well as federal defendants' and Intervenor-Applicant's reply briefs. Upon consideration of these materials and the entire record in this case, it is hereby:

ORDERED that defendant's motion is hereby GRANTED and the case is DISMISSED with prejudice.

_____

U.S. District Judge Rosemary M. Collyer