**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV00365RMC<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING LEAVE TO INTERVENE**

Upon the application of the Kalispel Tribe of Indians for leave to intervene as a party defendant, and for good cause shown, it is this __ day of _____, 2006, ORDERED that applicant is granted leave to intervene as of right as a party defendant and that its proposed Answer to the complaint is deemed filed.

_____
Judge Rosemary M. Collyer
United States District Judge

2

Presented By:

| | |
|---|---|
| Riyaz A. Kanji (D.C. Bar No. 455165) | Phillip E. Katzen |
| KANJI & KATZEN, PLLC | KANJI & KATZEN, PLLC |
| 101 N. Main Street, Suite 555 | 100 S. King Street, Suite 560 |
| Ann Arbor, MI 48104 | Seattle, WA 98104 |
| Telephone:  734-769-5400 | Telephone:  206-344-8100 |
| Fax:  734-769-2701 | Fax:  866-283-0178 |
| Email: rkanji@kanjikatzen.com | Email:  pkatzen@kanjikatzen.com |

*Attorneys for the Kalispel Tribe of Indians*

Attorneys entitled to be notified of entry of this Order are as follows:

Riyaz A. Kanji
KANJI & KATZEN, PLLC
101 N. Main Street, Suite 555
Ann Arbor, MI 48104

James B. Vasile
DAVIS, WRIGHT & TREMAINE
1500 K Street, N.W.
Washington, DC 20005

Phillip E. Katzen
KANJI & KATZEN, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104

John S. Most
ENRD, Natural Resources Section
Department of Justice
Benjamin Franklin Station
PO Box 663
Washington, DC 20044-0663