**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PUBLIC UTILITY DISTRICT NO. 1 OF
PEND OREILLE COUNTY,
WASHINGTON

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR

Defendant

and

KALISPEL TRIBE OF INDIANS

P.O. Box 39
(1981 N. LeClerc)
Usk, WA 99180-0039

Intervenor-Defendant.

Civil Action No. 1:06CV00365RMC

## KALISPEL TRIBE OF INDIANS CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2006 I served, by depositing in a United States Postal Service mailbox first class postage prepaid, a copy of Kalispel Tribe of Indians' Motion to Intervene, Kalispel Tribe of Indians' Memorandum in Support of Motion to Intervene as Defendant, [Proposed] Order Granting Leave to Intervene, Declaration of Deane Osterman in Support of Kalispel Tribe of Indians' Motion to Intervene, Answer of Intervenor-Defendant Kalispel Tribe of Indians, and this Certificate of Service to the persons required to be served as listed below:

2

John S. Most
ENRD, Natural Resources Section
Department of Justice
Ben Franklin Station
PO Box 663
Washington, DC 20044-0663

Dated this 8th day of May, 2006.

          Respectfully submitted,

           /s/ Riyaz A. Kanji
          Riyaz A. Kanji (D.C. Bar No. 455165)
          KANJI & KATZEN, PLLC
          101 N. Main Street, Suite 555
          Ann Arbor, MI 48104
          Telephone:  734-769-5400
          Fax:  734-769-2701
          Email: rkanji@kanjikatzen.com

*Attorney for the Kalispel Tribe of Indians*