UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>Defendant. | Civil Action No. 1:06CV00365RMC |

## ORDER GRANTING MOTION TO DISMISS

Upon consideration of applicant for intervention Kalispel Tribe of Indians Motion to Dismiss for Lack of Subject Matter Jurisdiction, the memorandum in support thereof, and any opposition thereto, it is

ORDERED and ADJUDGED that the motion to dismiss is GRANTED. It is further

ORDERED and ADJUDGED that this Court lacks subject matter jurisdiction over Counts I, II, III and IV of Plaintiff's Complaint. It is further

ORDERED and ADJUDGED that this case be dismissed.

Dated this ___ day of _____, 2006.

_____
Judge Rosemary M. Collyer
United States District Judge

2

Presented By:

| | |
|---|---|
| Riyaz A. Kanji (D.C. Bar No. 455165) | Phillip E. Katzen |
| KANJI & KATZEN, PLLC | KANJI & KATZEN, PLLC |
| 101 N. Main Street, Suite 555 | 100 S. King Street, Suite 560 |
| Ann Arbor, MI 48104 | Seattle, WA 98104 |
| Telephone: 734-769-5400 | Telephone: 206-344-8100 |
| Fax: 734-769-2701 | Fax: 866-283-0178 |
| Email: rkanji@kanjikatzen.com | Email: pkatzen@kanjikatzen.com |

*Attorneys for the Kalispel Tribe of Indians*

Attorneys entitled to be notified of entry of this Order are as follows:

Riyaz A. Kanji
KANJI & KATZEN, PLLC
101 N. Main Street, Suite 555
Ann Arbor, MI 48104

James B. Vasile
DAVIS, WRIGHT & TREMAINE
1500 K Street, N.W.
Washington, DC 20005

Phillip E. Katzen
KANJI & KATZEN, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104

John S. Most
ENRD, Natural Resources Section
Department of Justice
Benjamin Franklin Station
PO Box 663
Washington, DC 20044-0663