IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, WASHINGTON<br>P.O. Box 190<br>Newport, WA 99156-0190<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　Defendant | Civil Action No. 1:06CV00365RMC |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSING AND REPLY MEMORANDA IN RESPONSE TO DEFENDANT'S AND KALISPEL TRIBE'S MOTIONS TO DISMISS

1.　Plaintiff Public Utility District No. 1 of Pend Oreille County, Washington ("District") hereby submits this unopposed motion to enlarge the time periods for filing the District's Opposing Memoranda to Defendant's May 8, 2006 Motion to Dismiss and Intervenor Kalispel Tribe's May 9, 2006 Motion to Dismiss, and to also enlarge the time for the Defendant and Kalispel Tribe's Reply Memoranda to the District's Opposing Memoranda.

2.　Defendant's Motion to Dismiss and Kalispel Tribe's Motion to Dismiss both seek dispositive action with respect to the District's Complaint in this case. Because of the importance of these dispositive motions to the District's ability to prosecute its Complaint, the District requires sufficient time to fully prepare and file Opposing Memoranda.

3.      Under Local Rule LCvR7, opposing memoranda to motions are due within 11 days of service, and reply memoranda are due within 5 days of service of the opposing memorandum. The District has calculated that the due dates, pursuant to FRCP Rule 6(e), would be May 22, 2006, and May 23, 2006, for the District's Opposing Memoranda to the Defendant's Motion and the Kalispel Tribe's Motion, respectively.

4.      Counsel for the District has conferred directly with counsel for Defendant to discuss additional time for the parties' respective pleadings, and counsel for Defendant conferred with counsel for the Kalispel Tribe on this issue. All parties agreed to a schedule permitting the District to file its Opposing Memoranda to both the Defendant's and Kalispel Tribe's Motions to Dismiss by May 30, 2006, and Defendant and the Kalispel Tribe to file Reply Memoranda by June 13, 2006.

5.      As all parties have agreed to the scheduling dates requested herein, this Motion is unopposed.

WHEREFORE, Plaintiff respectfully requests this Court to issue an Order establishing the date for the District to file its Opposing Memoranda to the Defendant's and Kalispel Tribe's Motions to Dismiss as May 30, 2006, and the date for the Defendant's and Kalispel Tribe's Reply Memoranda as June 13, 2006.

Respectfully submitted,

James B. Vasile (D.C. Bar No. 205591)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC 20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)

Dated: May 16, 2006            Attorneys for Plaintiffs