UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF<br>PEND OREILLE COUNTY, WASHINGTON<br>P.O. Box 190<br>Newport, WA 99156-0190<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>      Defendant | Civil Action No. ____ |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSING AND REPLY MEMORANDA IN RESPONSE TO DEFENDANT'S AND KALISPEL TRIBE'S MOTIONS TO DISMISS

Upon consideration of Plaintiff Public Utility District No. 1 of Pend Oreille County, Washington's Unopposed Motion for Enlargement of Time to File Opposing and Reply Memoranda in Response to Defendant's and Kalispel Tribe's Motions to Dismiss, it is hereby ORDERED that Plaintiff's motion is hereby GRANTED and Plaintiff shall file its Opposing Memoranda to the Defendant's and Kalispel Tribe's Motions to Dismiss by May 30, 2006, and the Defendant and Kalispel Tribe shall file Reply Memoranda by June 13, 2006.

_____
U.S. District Judge Rosemary M. Collyer

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2006, copies of the foregoing Unopposed Motion for Enlargement of Time to File Opposing and Reply Memoranda in Response to Defendant's and Kalispel Tribe's Motions to Dismiss was served by electronic filing on the following:

| | |
|---|---|
| John S. Most<br>Department of Justice<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>(202) 616-3353 (telephone)<br>(202) 305-0274 (facsimile) | Riyaz A. Kanji<br>Kanji & Katzen, PLLC<br>101 North Main Street<br>Suite 555<br>Ann Arbor, MI 48104<br>(734) 769-5400 (telephone)<br>(734) 769-2701 (facsimile) |

_____
James B. Vasile (D.C. Bar No. 205591)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC  20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)