UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC UTILITY DISTRICT NO. 1 OF
PEND OREILLE COUNTY,
WASHINGTON

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR

Defendant.

Civil Action No. 1:06CV00365RMC

---

**APPLICANT FOR INTERVENTION KALISPEL TRIBE OF INDIANS' NOTICE RE DELAYED FILING OF REPLY BRIEF WITH RESPECT TO MOTION TO DISMISS AND OPPOSITION TO MOTION TO MODIFY BRIEFING SCHEDULE**

---

Applicant for intervention Kalispel Tribe of Indians ("Tribe") received today an "Unopposed Motion To Consolidate And To Modify Briefing Schedule" that was filed on June 8, 2006, in *Ponderay Newsprint Company v. United States Department Of The Interior*, Civil Action No. 1:06-cv-00768-RMC.  This motion seeks to consolidate that case with this case and to modify the briefing schedule already in place in this case with respect to the pending motions by the Department of Interior and the Tribe to dismiss the Complaint of plaintiff Public Utility District No. 1 of Pend Oreille County ("PUD").  The Tribe has not been served with any corresponding motion or pleading in this case that would seek to modify the briefing schedule on those motions.

Defendant Department of Interior's and the Tribe's reply briefs with respect to the motions to dismiss are due to be filed today, June 13, 2006, pursuant to the Minute Entry

1

Order dated May 31, 2006. Because neither counsel for the PUD nor counsel for the Department of Interior gave any notice to the Tribe that a motion to modify the schedule or consolidate this case with the *Ponderay Newsprint Company* case was contemplated, the Tribe was prepared to file its brief today. The Tribe would have done so but for receiving today the belated notice from counsel for the Ponderay Newsprint Company (sent by regular mail the day after the motion was filed). Because the motion proposes to change the schedule for filing a reply brief, the Tribe is not filing its reply today. However, if the Court denies the motion, or otherwise indicates that reply briefs should be filed without delay, the Tribe is prepared to do so at any time.

The Tribe also wishes to provide notice to the Court that it has not been consulted regarding the "unopposed" motion to consolidate and modify the briefing schedule. While the Tribe does not oppose consolidation, it does oppose the proposed modification of the briefing schedule as causing unnecessary delay and for failure to address the Tribe's motion to dismiss.

The Court has already granted one extension of the briefing schedule in this case. If a new motion to dismiss had been filed, the Ponderay Newsprint Company would have only 11 days to file its response, pursuant to Local Rule LCvR 7. Thus, while some additional time may be needed for the Ponderay Newsprint Company to file a response to the motions that have been pending since May 9, 2006, one additional week should be sufficient. This is particularly true where the Ponderay Newsprint Company and the PUD are obvious allies

who are making the same claims and whose Complaints are nearly identical.[1]  The Tribe therefore proposes that the response be due June 20, 2006.  Similarly, an additional month to file a reply is unnecessary, particularly where most of the work on that brief should have been completed already and the Local Rules provide only 5 days.  The Tribe therefore proposes that replies be due June 30, 2006.

      Finally, the Tribe notes that the proposed motion does not refer to the Tribe's motion to dismiss.  The Tribe requests that the Court make the same orders with respect to scheduling the Tribe's motion as it makes with respect to Interior's motion.

Dated this 13th day of June, 2006.

Respectfully submitted,

| /s/ RIYAZ A. KANJI | /s/ PHILLIP E. KATZEN |
|---|---|
| Riyaz A. Kanji (D.C. Bar No. 455165) | Phillip E. Katzen |
| KANJI & KATZEN, PLLC | KANJI & KATZEN, PLLC |
| 101 N. Main Street, Suite 555 | 100 S. King Street, Suite 560 |
| Ann Arbor, MI 48104 | Seattle, WA 98104 |
| Telephone:  734-769-5400 | Telephone:  206-344-8100 |
| Fax:  734-769-2701 | Fax:  866-283-0178 |
| Email: rkanji@kanjikatzen.com | Email:  pkatzen@kanjikatzen.com |

*Attorneys for the Kalispel Tribe of Indians*

---

[1] The Court can also take into account that this situation could easily have been avoided had the Ponderay Newsprint Company filed its case at the same time as the PUD, or if it had moved to intervene in the PUD's case.  By choosing to wait to file a separate case, and then waiting to move to consolidate until the briefing on the motions was nearly complete, unnecessary delay has been created.  The Company should not benefit from delay of its own making.