UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILEE COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>Defendant-Intervenor. | Civil Action No. 06-365 (RMC) |
| PONDERAY NEWSPRINT CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>Defendant-Intervenor. | Civil Action No. 06-768 (RMC) |

**ORDER**

Before the Court are (1) the Kalispel Tribe of Indians' unopposed Motion to Intervene and (2) the parties' Joint Motion to Consolidate and to Modify Briefing Schedule.  In view of the

parties' motions and the responses thereto, and the entire record of these cases, it is hereby

**ORDERED** that the Kalispel Tribe of Indians' Motion to Intervene [No. 06-365, Dkt. #7] is **GRANTED**, and it is

**FURTHER ORDERED** that the Kalispel Tribe shall be permitted to intervene as a defendant in both actions; and it is

**FURTHER ORDERED** that the parties' Joint Motion to Consolidate and to Modify Briefing Schedule [No. 06-365, Dkt. #12] is **GRANTED**; and it is

**FURTHER ORDERED** that Civil Action Nos. 06-365 and 06-768 are **CONSOLIDATED** under lead case No. 06-365, and that all future pleadings shall be filed only under the lower case number, which is No. 06-365; and it is

**FURTHER ORDERED** that the United States' and the Kalispel Tribe's Motions to Dismiss filed in No. 06-365 shall be deemed responsive to the Complaints in both actions; and it is

**FURTHER ORDERED** that the Ponderay Newsprint Co. shall file a single opposition to the United States' and the Kalispel Tribe's Motions to Dismiss no later than July 5, 2006; and it is

**FURTHER ORDERED** that the United States and the Kalispel Tribe shall each file a single reply in support of their respective Motions to Dismiss no later than August 4, 2006.

**SO ORDERED**.

Date: June 16, 2006                                  /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge