# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Ponderay Newsprint Company,
422767 State Route 20, Usk, WA 99180

V.

United States Department of the Interior
1849 C Street, N.W., Washington, DC 20240

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV00768

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Revi

DATE STAMP: 04/27/2006

TO: (Name and address of Defendant)

United States Department of the Interior
Room 6352
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret M. O'Keefe, Esq. (DC Bar No: 448778)
Pierce Atwood LLP
One Monumnet Square
Portland, ME 04101

an answer to the complaint which is served on you with this summons, within _____ sixty (60) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 2 7 2006

CLERK                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 11, 2006 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served United States via certified mail pursuant to Fed. R. Civ. P. 4(i) Department of Interior

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/6/06
            *Date*

*Signature of Server*

Pierce Atwood LLP
One Monument Square
Portland, ME  04101
*Address of Server*

RECEIVED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.