**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO.1 OF PEND OREILLE COUNTY, WASHINGTON<br><br>    Plaintiff,<br>              v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>    Defendant-Intervenor. | Civil Action No. 1:06cv00365 (RMC) |
| PONDERAY NEWSPRINT COMPANY,<br><br>    Plaintiff,<br>              v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>    Defendant-Intervenor. | Civil Action No. 1:06cv00768 (RMC) |

**PLAINTIFF PONDERAY NEWSPRINT COMPANY'S
NOTICE OF DEVELOPMENTS REGARDING STAY PENDING APPEAL**

Plaintiff Ponderay Newsprint Company ("PNC") hereby files this Notice of Developments to inform the Court of the status of the D.C. Circuit Court of Appeals' review of several decisions by the Federal Energy Regulatory Commission's ("FERC") in the relicensing proceeding for the Box Canyon project.  As mentioned in PNC's Notice of Developments Regarding FERC's Order on Rehearing (November 30, 2006), both PNC and Public Utility

{W0659460.2}

District No. 1 of Pend Oreille County, Washington ("PUD") filed petitions for review of FERC's Order on Rehearing and FERC's initial July 2005 Order in the matter. On January 16, 2007, the D.C. Circuit Court of Appeals granted a stay pending appeal of the Department of Interior Fish and Wildlife Service's Section 18 and Section 4(e) conditions contained in the Licensing Order, which require the District to construct temporary upstream fish passage facilities; to design interim downstream fish passage facilities; and to develop a Trout Assessment and Restoration Plan. A copy of the D.C. Circuit's Order is attached hereto as Exhibit 1.

Dated: January 16, 2007                Respectfully submitted,

/s/ Eric J. Wycoff
Margaret M. O'Keefe (D.C. Bar No. 448778)
mokeefe@pierceatwood.com
Eric J. Wycoff (D.C. Bar No. 469939)
ewycoff@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100 (telephone)
(207) 791-1350 (facsimile)

*Attorneys for Plaintiff Ponderay Newsprint Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

I hereby certify that on the 16th day of January, 2007, copies of the foregoing Plaintiff Ponderay Newsprint Company's Notice of Development Regarding Stay Pending Appeal, were served by electronic filing on the following:

John S. Most, Esq.
john.most@usdoj.gov
Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC  20044-0663
(202) 616-3353 (telephone)
(202) 305-0274 (facsimile)

James B. Vasile, Esq.
jimvasile@dwt.com
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC  20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)

Riyaz A. Kanji, Esq.
rkanji@kanjikatzen.com
Kanji & Katzen, PLLC
101 N. Main Street, Suite 555
Ann Arbor, MI 48104
734-769-5400 (telephone)
734-769-2701 (facsimile)

/s/ Eric J. Wycoff
Eric J. Wycoff

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
ewycoff@pierceatwood.com