IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF<br>PEND OREILLE COUNTY, WASHINGTON,<br><br>    Plaintiff,<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR,<br><br>    Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>    Defendant-Intervenor. | Civil Action No. 1:06cv00365 (RMC) |
| PONDERAY NEWSPRINT COMPANY,<br><br>    Plaintiff,<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR,<br><br>    Defendant.<br><br>KALISPEL TRIBE OF INDIANS,<br><br>    Defendant-Intervenor. | Civil Action No. 1:06cv00768 (RMC) |

**NOTICE OF CHANGE OF ADDRESS
FOR PLAINTIFF'S COUNSEL**

Notice is hereby given to change the address and telephone numbers for Plaintiff Public Utility District No. 1 of Pend Oreille County, Washington's counsel, James B. Vasile, as follows:

James B. Vasile
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4299 (Fax)
jimvasile@dwt.com

                              Respectfully submitted,

                              */s/ James B. Vasile*

                              James B. Vasile (D.C. Bar No. 205591)
                              DAVIS WRIGHT TREMAINE LLP
                              1919 Pennsylvania Avenue, NW, Suite 200
                              Washington, DC 20006-3402
                              (202) 973-4200 (telephone)
                              (202) 973-4299 (facsimile)

                              Attorneys for Plaintiffs

Dated: April 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007, copies of the foregoing Notice of Change of Address was served by electronic filing on the following:

John S. Most
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 616-3353 (telephone)
(202) 305-0274 (facsimile)
john.most@usdoj.gov

Eric J. Wycoff
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(202) 791-1100 (telephone)
ewycoff@pierceatwood.com

Riyaz A. Kanji
Kanji & Katzen, PLLC
101 North Main Street
Suite 555
Ann Arbor, MI 48104
(734) 769-5400 (telephone)
(734) 769-2701 (facsimile)
rkanji@kanjikatzen.com

Phillip E. Katzen
Kanji & Katzen, PLLC
100 South King Street, Suite 560
Seattle, WA 98104
(206) 344-8100 (telephone)
(866) 283-0178 (facsimile)
pkatzen@kanjikatzen.com

/s/ James B. Vasile
James B. Vasile (D.C. Bar No. 205591)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, NW, Suite 450
Washington, DC 20005
(202) 508-6600 (telephone)
(202) 509-6699 (facsimile)